Mary Keeler, Appellant, v. William Keeler and others, Respondents. (In re will of Morris Keeler. deceased.)—Decree reversed on an issue of fact, and the questions at issue ordered to be tried by a jury at the Cayuga Circuit. Issues to be settled by Barker, P. J Costs to

## FIFTH DEPARTMENT, JANUARY TERM, 1889.

abide the subsequent proceedings to be had in the Surrogate's Court. Opinion by Barker, P. J.; Dwight, J., not voting.

